IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 25 2008

GREGORY C. LANGHAM
                    CLERK

Civil Action No. 08-cv-00919-BNB

DARRYL JEROME SPRINGS,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
COLORADO DEPARTMENT OF CORRECTIONS DIVISION OF ADULT PAROLE AND
    COMMUNITY CORRECTIONS JEANNE MILLER,
COLORADO DEPARTMENT OF CORRECTIONS CLINICAL SERVICES AND
    COMPLETE MEDICAL STAFF JOANIE SHOEMAKER,
DENVER RECEPTION AND DIAGNOSTIC CENTER – WARDEN NOLANCE
    WALACE,
DENVER RECEPTION AND DIAGNOSTIC CENTER INSPECTOR GENERAL'S
    OFFICE ROBERT A. THIEDE,
DENVER RECEPTION AND DIAGNOSTIC CENTER – CORRECTIONAL OFFICER
    SMITH,
DENVER RECEPTION AND DIAGNOSTIC CENTER – SERGEANT BARTON,
FORT LYON CORRECTIONAL FACILITY CLINICAL SERVICES DEBRA HOWE, HSA,
    AND COMPLETE MEDICAL STAFF,
DENVER RECEPTION AND DIAGNOSTIC CENTER – MAJOR TWO BEARS
    CHAVEZ,
FORT LYON CORRECTIONAL FACILITY CLINICAL SERVICES – PHYSICIAN
    ASSISTANT R. E. PETERSON, and
ARKANSAS VALLEY CORRECTIONAL FACILITY – RELIGIOUS COORDINATOR LT.
    DIANA SHAUFLER,

Defendants.

---

ORDER OF DISMISSAL

---

Plaintiff Darryl Jerome Springs initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that his rights under the United States Constitution have been violated. On June 3, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Springs to file an amended complaint that complies with the pleading

requirements of the Federal Rules of Civil Procedure. Mr. Springs was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days. On June 30, 2008, Magistrate Judge Boland entered a minute order granting Mr. Springs' motion for an extension of time to file an amended complaint.

Mr. Springs has failed within the time allowed to file an amended complaint. Therefore, the complaint and the action will be dismissed without prejudice for failure to file an amended complaint as directed.

In addition, Mr. Springs also has failed to make the required monthly filing fee payments in this action. In an order filed on May 5, 2008, Magistrate Judge Boland granted Mr. Springs leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(1), Mr. Springs was ordered to pay the $350.00 filing fee and he was directed to pay the filing fee in installments. On May 28, 2007, Mr. Springs paid an initial partial filing fee of $6.00. Pursuant to § 1915(b)(2), Mr. Springs is required to make "monthly payments of 20 percent of the preceding month's income credited to [his] account" until the filing fee is paid in full. In the May 5 order, Mr. Springs was instructed either to make the required monthly payments or to show cause each month why he has no assets and no means by which to make the monthly payment. In order to show cause, Mr. Springs was directed to file a current certified copy of his inmate trust fund account statement. Mr. Springs was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this action without further notice. Despite this warning, Mr. Springs has failed since May 28 to make any monthly filing fee payments or to show cause why he has no assets and no means by which to

make the required monthly filing fee payments. Therefore, the action also will be dismissed for that reason. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to file an amended complaint as directed and for failure to make the required monthly filing fee payments.

DATED at Denver, Colorado, this 22 day of Aug., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00919-BNB

Darryl Jerome Springs
Prisoner No. 85912
Cheyenne Mountain Re-Entry Center
2925 Las Vegas
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on **9/25/08**

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk